```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 14 August 2014

JUDGE: Stanley R. Chesler

COURT REPORTER: Jackie Kashmer

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                     Docket # 13cr383-1

U.S.A.  v.  James Roy Smith

Appearances:

Leslie Schwartz, Esq. AUSA
Brooke Barnett & Zander Haywood for defendant
Renee Caggia, U.S. Probation Officer

Nature of proceedings:
Defendant present
Hrg. on deft's objections to the PSR
CHC objection withdrawn
Ct. 1 enhancement warranted
Video shown in court than interrupted due to tech. difficulties and
court finished watching video in chambers w/counsel consent
Arguments heard from counsel
Ct. 2 enhancement Denied cross reference does not apply.
                           SENTENCE:
Ct. 1s & 2s   51 months imprisonment on each count to run concurrently
              15 years Super. Release consisting of 3 yrs. On ct. 1s
              and 15 yrs. on ct. 2s.
Standard conditions imposed w/special conditions:  Drug provision
1. Alcohol/drugs
2. Self employment
3. No new debt
4. Restitution punted for 90 days Hrg. Nov. 12, 2014 unless worked
   out by counsel
5. $5,000 consisting of $1,000 on ct. 1s and $4,000 on ct. 2s due
   immediately.  Deft. participate in BOP IFRP if not satisfied $100
   monthly installments upon release from custody.
```

6. Special Assessment $100 per count total $200.00
Deft. advised of right to appeal
Voluntary surrender as designated by BOP to facility close to family
Hrg. on Govt's application to revoke bail and remand deft.
Application DENIED.

Time Commenced   10
Time Adjourned   5:30

Total time spent in court was 5.5 hours over that time.

cc: chambers

                                            Scott P. Creegan
                                     Scott P. Creegan, Deputy Clerk