UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 13-383 (SRC) |
| JAMES ROY SMITH | : | RESTITUTION ORDER |

This Court having left open the issue of restitution at the defendant's sentencing hearing, and the parties agreeing that $1,000 is the amount of restitution owed to the victim J.S. in this matter, and the Court having reviewed the submission of the government in support of a restitution award, and for good cause shown, it is on this 20 day of November 2014,

ORDERED that the restitution owed the victim J.S. in this matter is $1,000, which amount shall be recorded in the Judgment.

Hon. Stanley R. Chesler
United States District Judge

Form and Entry consented to:

Leslie F. Schwartz
Assistant U.S. Attorney

Brooke M. Barnett, Esq.
Counsel for James Roy Smith